IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ERVIN BERNARD EARL,                :

    Petitioner,                    :
                                                CIVIL ACTION 10-0033-WS-M
v.                                 :
                                                CRIMINAL ACTION 06-0136-WS-M
UNITED STATES OF AMERICA,          :

    Respondent.                    :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court, with this single modification: footnote 3 is revised to read as follows:

> The Eleventh Circuit, in the *en banc* decision, *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981), adopted as precedent decisions of the former Fifth Circuit rendered prior to October 1, 1981.

It is ORDERED that this petition be DENIED and that this action be DISMISSED. The Court further finds that Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

DONE this 20th day of May, 2011.

                                            s/WILLIAM H. STEELE
                                            CHIEF UNITED STATES DISTRICT JUDGE