IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERVIN BERNARD EARL, | * |
| # 07994-003, | * |
| | * |
|     Petitioner, | * |
| | * CRIMINAL NO. 06-00136-WS-B |
| vs. | * CIVIL ACTION NO. 20-00418-WS-B |
| | * |
| UNITED STATES OF AMERICA, | * |
| | * |
|     Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 30, 2021 (Doc. 126) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Ervin Bernard Earl's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 116) is **DENIED**, that this action is **DISMISSED with prejudice**, and that Earl is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** this 9th day of March, 2022.

                                          s/WILLIAM H. STEELE
                                          **UNITED STATES DISTRICT JUDGE**